IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. GARCIA, | No. C-08-4475 TEH (PR) |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS |
| G. LEWIS, et. al., | |
| Defendants. | |

Plaintiff Jose Garcia, a prisoner incarcerated at Salinas Valley State Prison ("S.V.S.P.") in Soledad, California, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that S.V.S.P. officials were deliberately indifferent to his safety at the hands of other prisoners. Doc. #1. Following an Order of Service, Defendants filed a Motion to Dismiss on July 9, 2009, on the ground that Plaintiff failed to exhaust administrative remedies. Doc. #22. Plaintiff's Opposition was due on August 10, 2009, and to date, has not been filed.

//
//

1       Plaintiff is directed to file an Opposition to Defendants'
2 Motion to Dismiss by no later than September 14, 2009.  Defendants'
3 Reply is due 15 days thereafter.

7       IT IS SO ORDERED.

9 DATED    08/14/09           /s/ Thelton E. Henderson
10                                   THELTON E. HENDERSON
                                  United States District Judge

26 G:\PRO-SE\TEH\CR.08\Garcia-08-4475-order requesting opp to mtd.wpd

**2**